No. 02–8091.  GARZA v. KENNEY, WARDEN.  Sup. Ct. Neb. Certiorari denied.

No. 02–8092.  HOPKINS v. WORKMAN, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 02–8093.  HUGHES v. DAY, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 02–8094.  HERNANDEZ v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 02–8098.  TIGNER v. ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 02–8099.  BAKER v. CEPAK, WARDEN.  C. A. 4th Cir.  Certiorari denied.

No. 02–8103.  REAZOR v. WORKERS' COMPENSATION APPEAL BOARD OF PENNSYLVANIA.  Commw. Ct. Pa.  Certiorari denied.

No. 02–8106.  PACK v. GALAZA, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 02–8108.  JOHNSON v. CONNECTICUT.  App. Ct. Conn. Certiorari denied.

No. 02–8115.  SAMPSON v. MAYNOR, SHERIFF, ROBESON COUNTY, NORTH CAROLINA, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 02–8118.  KORNAFEL v. REPETTO.  Super. Ct. Pa.  Certiorari denied.

No. 02–8121.  KILLORAN v. KILLORAN.  Super. Ct. Richmond County, Ga.  Certiorari denied.

No. 02–8122.  NOBLES v. JACKSON, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 02–8124.  ROOS v. RUNNELS, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 02–8125.  MEEKER v. WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS.  C. A. 10th Cir.  Certiorari denied.